## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**OMID AZIMI**                                              **PETITIONER**
**#A 221-313-017**

**VERSUS**                              **CIVIL ACTION NO. 5:26cv465-DCB-BWR**

**WARDEN R. VERGARA,**
**Adams County Correctional Center, et al.**            **RESPONDENTS**

### ORDER GRANTING MOTIONS TO AMEND
### AND DENYING MOTION TO SEAL

BEFORE THE COURT are *pro se* Petitioner Omid Azimi's Emergency Motion for Immediate Release [3], Motion for Expedited Review [4], which the Court construes as motions to amend, and Motion to Seal Records [5].  Azimi is an alien detainee housed at the Adams County Correctional Center in Natchez, Mississippi. He brings this action under 28 U.S.C. § 2241.  He reasserts and supplements his Petition [1] and moves to seal this case.  The Court has considered Petitioner's submissions and the relevant legal authority.

The motions [3, 4] to amend are granted to the extent they supplement the Petition.  The Court will consider the allegations contained within the pleadings.

The Motion to Seal [5] asks that either the entire case or any documents containing sensitive information be sealed from public access. Mot. [5] at 1–2. This motion is denied.  The case has already been filed under access restricted to case participants and public terminals.  *See* Fed. R. Civ. P. 5.2(c).  Petitioner does not provide any authority in support of a higher level of restriction at this time.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Omid Azimi's Emergency Motion for Immediate Release [3] and Motion for Expedited Review [4], which the Court construes as motions to amend, are **GRANTED** to the extent they supplement the pleadings.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Seal Records [5] is **DENIED.**

**SO ORDERED**, this the 1st day of June, 2026.

s/ *Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2